

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00231-CV

**IN RE** Michael Andrew **DAVIS** and Waterfleet, LLC, Relators

Original Proceeding[1]

**ORDER**

Relators' petition for writ of mandamus and motion for temporary relief are DENIED. This amended order replaces this court's June 4, 2021 administrative order.

It is so **ORDERED** on June 9, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CI13387 pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.